**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION**


TONI ANDERSON,

      Plaintiff,

v.                                             CASE NO. 2:10-Cv-629-FtM-36DNF

MICHAEL D. ATHERTON,

      Defendant.

_____/


**ORDER**

    **THIS CAUSE** came on for consideration upon the Report and Recommendation filed by United States Magistrate Judge Douglas N. Frazier on November 29, 2010 (Dkt. 6), recommending that the Court deny Plaintiff's Motion for Leave to Proceed *In Forma Pauperis*[1] and dismiss the action. Plaintiff did not file an objection to the Report and Recommendation, and the time for filing such an objection has expired.

    After carefully considering Plaintiff's Complaint (Dkt. 1), Plaintiff's Affidavit to Proceed In Forma Pauperis (Dkt. 2), and the Magistrate's Report and Recommendation, and undertaking a *de novo* review of the legal determinations recommended therein, the Court concludes that the Magistrate's Report and Recommendation should be confirmed and accepted.

    **ACCORDINGLY**, it is now **ORDERED AND ADJUDGED** as follows:

---

[1] Plaintiff submitted an Affidavit of Indigency (Dkt. 2), which was construed as a Motion for Leave to Proceed *In Forma Pauperis*.

1.      The Report and Recommendation of the Magistrate Judge (Dkt. 6) is **ADOPTED,**

   **CONFIRMED and APPROVED** in all respects and is made a part of this Order for

   all purposes, including appellate review.

2.      Plaintiff's Motion to Proceed In Forma Pauperis (Dkt. 2) is **DENIED**.

3.      This action is **DISMISSED** without prejudice.  The Clerk is directed to terminate all

   pending motions, enter judgment accordingly and close the file.

**DONE AND ORDERED** at Ft. Myers, Florida, on December 17 2010.


Charlene Edwards Honeywell
United States District Judge


**COPIES TO**:
Magistrate Judge Douglas N. Frazier
Counsel of Record and Unrepresented Party